No. 96–8971.  FABIAN v. DE RESTREPO ET AL.  C. A. 11th Cir. Certiorari denied.

No. 96–8972.  DERDEN v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–8973.  HUDSON-GARDNER v. SOUTH CAROLINA DEPARTMENT OF HIGHWAYS AND PUBLIC TRANSPORTATION ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–8975.  HAIRSTON v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–8976.  ESTEVES v. BROCK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–8982.  BARKER v. TCF BANK SAVINGS FSB.  C. A. 9th Cir.  Certiorari denied.

No. 96–8983.  PANOS v. OLIVER.  Sup. Ct. Wash.  Certiorari denied.

No. 96–8984.  CARTER v. ONTIVEROS ET AL.  C. A. 5th Cir. Certiorari denied.

No. 96–8988.  HARRISON v. BAILEY ET AL.  C. A. 6th Cir. Certiorari denied.

No. 96–8989.  CRISLIP v. NEWTON, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–8991.  LOWE v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 96–8993.  MOSS v. ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 96–8999.  SAMPLE v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 96–9001.  HACKER v. HACKER.  Ct. App. Wash.  Certiorari denied.